# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 4, 2012

No. 10-31185
Summary Calendar

Lyle W. Cayce
Clerk

KEYNEL KNIGHT,

Petitioner-Appellant

v.

BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY,

Respondent-Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:08-CV-4721

Before WIENER, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Petitioner-Appellant Keynel Knight, Louisiana prisoner # 483673, appeals the dismissal of his application for a writ of habeas corpus challenging his 2004 conviction of second degree murder. Knight contends that trial counsel rendered ineffective assistance by interfering with his right to testify in his own behalf at trial, and that the federal district court erred in failing to develop the record as to this issue.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-31185

As Knight's ineffective-assistance claim was adjudicated by the state court on its merits, the district court's review was limited to the record before the state court. *See Cullen v. Pinholster*, 131 S. Ct. 1388, 1398-1402 (2011). Knight's conclusional and self-serving contentions in the state court are insufficient to carry his burden of showing that the state court's rejection of this claim was contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States, or that it resulted in a decision that was based on an unreasonable determination of the facts in light of the evidence presented. *See* 28 U.S.C. § 2254(d). The judgment is

AFFIRMED.